**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7155**

JOHN V. GOUGH, JR.,

Plaintiff – Appellant,

v.

CALVERT COUNTY DETENTION CENTER; MISTY BELL; CAPTAIN KEVIN
CROSS; ANN UENO; PHYSICIAN'S ASSISTANT; GUARD; GUARD,

Defendants – Appellees,

and

CAPTAIN COOK; MS. ANN C., Psychiatrist,

Defendants.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, Senior District
Judge. (8:15-cv-03095-DKC, 8:15-cv-03434-DKC)

Submitted: October 13, 2016          Decided: October 18, 2016

Before NIEMEYER, DUNCAN, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

John V. Gough, Jr., Appellant Pro Se. Daniel Karp, Sandra Diana
Lee, KARPINSKI, COLARESI & KARP, PA, Baltimore, Maryland; Megan
Green Anderson, Eric Matthew Rigatuso, ECCLESTON & WOLF, PC,
Hanover, Maryland; Christopher Kent Mangold, LAW OFFICE OF

ANTHONY D. DWYER, Lutherville-Timonium, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John V. Gough, Jr., seeks to appeal the district court's order granting Appellees' motions for summary judgment on his civil rights complaint. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on June 8, 2016.* The notice of appeal was filed on August 25, 2016. Because Gough failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny leave to proceed in forma pauperis and dismiss the appeal. We dispense with oral argument because the facts and legal

---

* Gough's notice of appeal incorrectly identifies April 7, 2016, as the date that the judgment was entered.

3

contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED